UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

EUGENE F. ROTHLIN, No. 04-12437

                      Debtor(s).
_____/

Memorandum re Lien Avoidance Motion
_____

      Exemptions and motions to avoid liens on exempt property "are determined as of the date of bankruptcy and without reference to subsequent changes in the character or value of the exempt property[.]" *In re Chu*, 266 B.R. 743, 751 (9th Cir.BAP 2001), aff'd 304 F.3d 905 (9th Cir 2002); *In re Goswami*, 304 B.R. 386, 392 (9th Cir.BAP 2003). Accordingly, at the hearing on the debtor's motion to avoid the lien of creditors Jana and Tom Livingston the current value of the property will be deemed irrelevant.

Dated: September 26, 2005

                                                  Alan Jaroslovsky
                                                  U.S. Bankruptcy Judge